IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2017-CV-23419 – ALTONAGA/GOODMAN

**JAMES GOOSBY**,

    Plaintiff,

vs.

**BRANCH BANKING & TRUST COMPANY,** a foreign corporation, and successor by merger to BankAtlantic,

    Defendant.

_____/

## Mediator's Report

COMES NOW the undersigned mediator who reports to the court that the parties in the above captioned cases physically appeared and mediated the above-captioned dispute on Tuesday, May 8, 2018. During the mediation, the parties and the mediator agreed to adjourn the mediation for a later date in order to maximize the opportunities for a resolution.

                                      Scott J. Silverman
                                      Mediator - JAMS
                                      600 Brickell Avenue, Suite 2600
                                      Miami, Florida 33138
                                      305-542-0900

Dated: Wednesday, May 9, 2018
Copies furnished to:
All counsel
Clerk of the Court