| | | |
|---|---|---|
| **PATIENT** | **FACILITY** | **ENCOUNTER** |
| James Goosby | DRT Behavioral Services, PLLC | NOTE TYPE   SOAP Note |
| DOB | T (305) 981-1700 | SEEN BY   Jacqueline Small |
| AGE   51 yrs | F (844) 270-3323 | DATE   08/09/2017 |
| SEX   Male | 2699 Stirling Road | AGE AT DOS   50 yrs |
| PRN | Unit C407 | Electronically signed by Delvena Thomas |
| | Fort Lauderdale, FL 33312 | DO at 08/09/2017 06:04 pm |

## Subjective

CC: PT was referred by Mr. Wiggins, PT states he is depressed due to the incident that happened at BB&T Bank - accused of trying to pass a fraudulent BB & T check. This check was received by the bank but pt states they still accused him of being fraudulent. PT was handcuffed and placed in the back of the squad car for 1hrs 15 min and once the check was verified as legitimate; he still had to be taken to jail.

PT was held in jail for 22 hours, had to pay for two lawyers, and all videos. PT states he is angry and when he sees the police the angry is intensified. PT states he is not able to sleep well due to the replaying of the incident and the embarrassment of being arrested, which has harmed his standing in his community, and caused financial distress. PT loss 40 lbs since the arrest. PT states he needs help with the anxiety, depression and angry.

PT also has a spiritual group to pray for him, and he states he is a believer in God.

Current Stressors: decline in his business due to people seeing him get arrested.

Patient describes anxiety as feelings of inner tension, irritability, sleeplessness, restlessness, pacing, ruminating thoughts.

REVIEW OF SYSTEMS: Denies chest pain, denies shortness of breath, denies cough, denies malaise, denies fever, gait is stable

PAST PSYCHIATRIC HISTORY: none
PSYCHIATRIC HOSPITALIZATIONS:none

PSYCH MEDS TAKEN IN PAST:none

CURRENT PSYCH MEDS:

FAMILY PSYCHIATRIC HISTORY:

SUBSTANCE ABUSE HISTORY: Denies
Smoking:
ETOH:

MEDICAL HISTORY: Denies

MEDICAL MEDICATIONS: Denies
ALLERGIES: known

SOCIAL HISTORY: Both parents are deceased. 11 siblings.
Childhood: no issues or concerns.
Trauma: March 3, 2017 arrested for disorderly conducted as described in HPI (check incident).
Arrests: Disorderly conduct, and charges were dropped March 3, 2017 (see HPI).
Education: Business Management and Administration BS
Marital Status: separated for past 4 years.
Children: 3
Employment: Self employed Real Estate investor

Military Service: none reported

HOBBIES:
decreased due to his anxiety and anger over incident

## Objective

MSE: Black male, well developed, dressed casually, clean, appropriate behaviors, normal speech, mood "agitated", content, affect is congruent, full range, thought processes are goal.directed, denies SI/HI = denies, I/J = fair/fair

## Assessment

1. Acute PTSD

## Plan

1. Xanax 0.25 mg PO BID PRN #60 1 RF
2. Remeron 15mg PO Qhs #30 1 RF
3. Continue in psychotherapy

MEDICATION SIDE EFFECTS DISCUSSED:

TREATMENT PLAN DISCUSSED:
1. Recommendation for psychotherapy immediately
2. RTO 4 weeks
3. Patient will take medication as directed

PT ASSESSED AND MANAGED BY DR. THOMAS, INCLUDING PA SMALL

practice fusion

DRT 000002

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **James Goosby** | **DRT Behavioral Services, PLLC** | NOTE TYPE | SOAP Note |
| DOB | T (305) 981-1700 | SEEN BY | Jacqueline Small |
| AGE 51 yrs | F (844) 270-3323 | DATE | 10/25/2017 |
| SEX Male | 2699 Stirling Road | AGE AT DOS | 50 yrs |
| PRN | Unit C407 | Electronically signed by Delvena Thomas | |
| | Fort Lauderdale, FL 33312 | DO at 10/25/2017 07:21 pm | |

## Subjective

Today's visit: PT states things are so far so good. PT states the Xanax is helping his anxiety and sleep, so much so that he does not need the sleep medication (Remeron). Sometimes he take Xanax three time daily. PT did fill the Remeron but has never use the medication.

CC: PT was referred by Mr. Wiggins, PT states he is depressed due to the incident that happened at BB&T Bank - accused of trying to pass a fraudulent BB & T check. This check was received by the bank but pt states they still accused him of being fraudulent. PT was handcuffed and placed in the back of the squad car for 1hrs 15 min and once the check was verified as legitimate; he still had to be taken to jail.

PT was held in jail for 22 hours, had to pay for two lawyers, and all videos. PT states he is angry and when he sees the police the angry is intensified. PT states he is not able to sleep well due to the replaying of the incident and the embarrassment of being arrested, which has harmed his standing in his community, and caused financial distress. PT loss 40 lbs since the arrest. PT states he needs help with the anxiety, depression and angry.

PT also has a spiritual group to pray for him, and he states he is a believer in God.

Current Stressors: decline in his business due to people seeing him get arrested.

Patient describes anxiety as feelings of inner tension, irritability, sleeplessness, restlessness, pacing, ruminating thoughts.

REVIEW OF SYSTEMS: Denies chest pain, denies shortness of breath, denies cough, denies malaise, denies fever, gait is stable

PAST PSYCHIATRIC HISTORY: none
PSYCHIATRIC HOSPITALIZATIONS: none

PSYCH MEDS TAKEN IN PAST: none

CURRENT PSYCH MEDS:

FAMILY PSYCHIATRIC HISTORY:

SUBSTANCE ABUSE HISTORY: Denies
Smoking:
ETOH:

MEDICAL HISTORY: Denies

MEDICAL MEDICATIONS: Denies
ALLERGIES: known

SOCIAL HISTORY: Both parents are deceased. 11 siblings.
Childhood: no issues or concerns.
Trauma: March 3, 2017 arrested for disorderly conducted as described in HPI (check incident).
Arrests: Disorderly conduct, and charges were dropped March 3, 2017 (see HPI).
Education: Business Management and Administration BS

Marital Status: separated for past 4 years.
Children: 3
Employment: Self employed Real Estate investor
Military Service: none reported

HOBBIES:
decreased due to his anxiety and anger over incident

## Objective

MSE: Black male , well developed, dressed casually, clean, appropriate behaviors, normal speech, mood "agitated", content, affect is congruent, full range, thought processes are goal.directed, denies SI/HI = denies, I/J = fair/fair

## Assessment

1. Acute PTSD

## Plan

Educated Patient on the side effects of Xanax and the over use of the medication.
1. Decrease Xanax 0.25 mg PO QD PRN #30 1 RF
2. start Remeron 15mg PO Qhs #30 1 RF
3. start Trazodone 50mg PO 1-2 Qhs PRN #60 1RF
3. Continue in psychotherapy

MEDICATION SIDE EFFECTS DISCUSSED:

TREATMENT PLAN DISCUSSED:
1. Recommendation for psychotherapy immediately
2. RTO 4 weeks
3. Patient will take medication as directed

PT ASSESSED AND MANAGED BY DR. THOMAS, INCLUDING PA SMALL

practice fusion

DRT 000004

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **James Goosby** | | **DRT Behavioral Services, PLLC** | | NOTE TYPE | SOAP Note |
| DOB | | T | (305) 981-1700 | SEEN BY | Adrian Mesa |
| AGE | 51 yrs | F | (844) 270-3323 | DATE | 01/24/2018 |
| SEX | Male | 2699 Stirling Road | | AGE AT DOS | 51 yrs |
| PRN | | Unit C407 | | Electronically signed by Delvena Thomas DO at 03/08/2018 12:44 pm | |
| | | Fort Lauderdale, FL 33312 | | | |

## Subjective

CC: "I thought all of this would go away, but I have flashback of the incident and it's just been hard. I am waking up thinking about the incident, sweating with my heart pounding"

Patient comes in claiming that he continues to have symptoms relating to PTSD. Patient claims that this has interrupted his quality of life. "I feel like I have been degraded as a human being."  Patient claims that he is suffering from hyper-arousal, tachycardia, diaphoresis, depressed mood, flashbacks.  Patient claims that the medications are not helping with the nightmares.

Patient denies SI and denies av hallucinations.

## Objective

MSE: Black male , well developed, dressed casually, clean, appropriate behaviors, normal speech, mood "sad/ angry", content, affect is congruent, full range, thought processes are goal.directed, denies SI/HI = denies, I/J = fair/fair

Patient with crying episodes during the interview. Became very emotional and tearful when discussing the events that occurred.

## Assessment

PTSD

## Plan

Educated Patient on the side effects of Xanax and the over use of the medication.
1.Continue Xanax 0.25 mg PO QD  PRN #30 2 RF
2. Increase Remeron  30 mg PO Qhs #30 2 RF
3. Continue Trazodone 50mg PO 1-2  Qhs PRN  #60 1RF
3. Continue in psychotherapy

MEDICATION SIDE EFFECTS DISCUSSED:

TREATMENT PLAN DISCUSSED:
1. Recommendation for continuing psychotherapy
2. RTO 6 weeks
3. Patient will take medication as directed



DRT 000005