UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-cv-23419-Altonaga/Goodman

JAMES GOOSBY,

    Plaintiff,

vs.

BRANCH BANKING & TRUST COMPANY,
a foreign corporation, and successor by merger
to BankAtlantic,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant Branch Banking and Trust Company ("BB&T") notifies the Court that the parties have reached a settlement of this case, subject to the drafting of appropriate documents. Pursuant to the Court's Order [ECF No. 186], the parties will submit an appropriate order for dismissal with prejudice, with the Court retaining jurisdiction to enforce the settlement, within 10 days.

    Dated:  July 25, 2018

**GARBETT, ALLEN & ROZA, P.A.**
Counsel to BB&T
Brickell City Tower, Suite 3100
80 S.W. 8th Street
Miami, Florida 33130
Tel:    (305) 536-8866
Fax:    (305) 579-4722
E-mail:  dgarbett@gsarlaw.com
          byates@gsarlaw.com

By:    /s/ Brian P. Yates
       David S. Garbett, FBN 356425
       Brian P. Yates, FBN 071257

1

          **PILLSBURY WINTHROP SHAW PITTMAN LLP**
Co-Counsel to BB&T
Markenzy Lapointe, Esq.
markenzy.lapointe@pillsburylaw.com
Shani Rivaux, Esq.
shani.rivaux@pillsburylaw.com
600 Brickell Avenue, Suite 3100
Miami, Florida 33131

By:   /s/ Markenzy Lapointe
      Markenzy Lapointe, FBN 172601

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed and furnished via CM/ECF to all counsel listed on the Service List below on July 25, 2018.

/s/ Brian P. Yates

**SERVICE LIST**

Jermaine Lee, Esq.
jlee@hlmlegal.com
Eric A. Hernandez, Esq.
eric@hlmlegal.com
Hernandez Lee Martinez, LLC
P.O. Box 531029
Miami, Florida 33153
*Counsel to James Goosby*

Markenzy Lapointe, Esq.
markenzy.lapointe@pillsburylaw.com
Shani Rivaux, Esq.
shani.rivaux@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, Florida 33131
*Co-counsel to BB&T*